UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOSHUA KEATON BARBER, Plaintiff | CIVIL ACTION NO. 1:18-CV-170-P |
| VERSUS | JUDGE DEE D. DRELL |
| SHERIFF OF JEFFERSON DAVIS PARISH, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

REPORT AND RECOMMENDATION

Pro se Plaintiff Joshua Keaton Barber ("Barber") filed a civil rights complaint (42 U.S.C. § 1983) complaining he was subjected to excessive force by an officer at the Jefferson Davis Parish Jail, and that officers at the Concordia Parish Correctional Center failed to protect him from harm inflicted by other inmates.

Barber was ordered to amend his complaint to provide additional factual information in support of his claim. (Doc. 11). The amended complaint was due on June 7, 2018. To date, Barber has failed to comply with the Court's order to amend.

A district court may dismiss an action for a plaintiff's failure to prosecute or to comply with any order. See Fed. R. Civ. P. 41(b). A court possesses the inherent authority to dismiss the action *sua sponte,* without a motion by a defendant. Link v. Wabash R.R. Co., 370 U.S. 626, 630-31 (1962). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the [d]istrict [c]ourts." Id. at 629-630.

Because Barber has failed to comply with the Court's order, IT IS RECOMMENDED that his complaint be DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Under the provisions of 28 U.S.C. § 636(b)(1)(c) and Rule 72(b) of the Federal Rules of Civil Procedure, parties aggrieved by this Report and Recommendation have 14 calendar days from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within 14 days after being served with a copy thereof. No other briefs (such as supplemental objections, reply briefs, etc.) may be filed. Providing a courtesy copy of the objection to the undersigned is neither required nor encouraged. Timely objections will be considered by the District Judge before a final ruling.

Failure to file written objections to the proposed findings, conclusions, and recommendations contained in this Report and Recommendation within 14 days from the date of its service, or within the time frame authorized by Rule 6(b) of the Federal Rules of Civil Procedure, shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Judge, except upon grounds of plain error.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this 6th day of July, 2018.

_____
Joseph H.L. Perez-Montes
United States Magistrate Judge