U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 0 2 2018

TONY R. MOORE CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOSHUA KEATON BARBER, Plaintiff | CIVIL ACTION NO. 1:18-CV-170-P |
| VERSUS | JUDGE DEE D. DRELL |
| SHERIFF OF JEFFERSON DAVIS PARISH, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the complaint is hereby DISMISSED WITHOUT PREJUDICE in accordance with the provisions of Rule 41 of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 2ND day of August, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE